[No. 12040–9–I.   Division One.   August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
DWAYNE MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79–1–01689–2, Robert W. Winsor, J., entered
June 9, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Ringold, JJ.

[Nos. 12925–2–I; 13901–1–I.   Division One.   August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD
RICHARD RUSSELL, JR., *Appellant.*

*In the Matter of the Personal Restraint of*
HOWARD RICHARD RUSSELL, JR., *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–01975–1, Horton Smith, J., entered January 27, 1983, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed*
by unpublished opinion per Corbett, A.C.J., concurred in
by Williams and Scholfield, JJ.

[No. 13004–8–I.   Division One.   August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
A. KNAACK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03514–5, Arthur E. Piehler, J., entered
March 8, 1983. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Corbett, A.C.J., and Scholfield, J.